## Prevost v. White.

APPEAL from the District Court of Bossier, *Taylor*, J. This case only differed from that of *Poirrier* v. *White*, in the fact of the pre-emption right to the land in controversy having arisen under the act of Congress of 19 June, 1834. The parties, with the exception of the plaintiff, are the same in the two cases, and they were represented by the same counsel.